*Per Curiam.* Take your motion.

## *Gardinier* v. *Crocker.*

*W. Van Ness* moved, in an action of assault and battery, to set aside the default and subsequent proceedings on two affidavits : one by the defendant, stating, that he thought the writ was returnable as of this term, and had a good and substantial defence ; the other by himself, that he had been retained to defend, but was informed the writ was returnable the

first *Monday* in this *August*, and had not, therefore, given notice of retainer.

*Van Vechten*, contra, stated the writ to have been returnable in *May*.

*Per Curiam.* Take your motion, on payment of costs and pleading issuably.